EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2024 TSPR 115 |
| | |
| Jorge García Jiménez | 214 DPR ___ |

Número del Caso: TS-8,529

Fecha: 31 de octubre de 2024

Representante Legal de la peticionaria:

    Lcda. Olga E. Birriel Cardona

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jorge García Jiménez

TS-8,529

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de octubre de 2024.

Examinada la *Moción Informativa y Solicitud de Reinstalación* presentada por la parte peticionaria, se ordena la reinstalación del Sr. Jorge García Jiménez al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Se le concede un término de treinta (30) días al licenciado García Jiménez, contado a partir de la notificación de la Resolución, para que atienda los asuntos identificados en el *Informe sobre el estado de la obra notarial incautada* previo a ser reinstalado al ejercicio de la notaría.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo